IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JAQUALE MITCHELL, ADC #659790;
SHELLY GIBSON, ADC #119417; and
TORRENCE DUKES, ADC #659084                                PLAINTIFFS

v.                    No. 2:15-cv-11-DPM-JWC

JIM AKINS, Chief Deputy, Woodruff
County Sheriff Department and PHILLIP
REYNOLDS, Sheriff, Woodruff County                          DEFENDANTS

ORDER

Unopposed partial recommendation, № 10, adopted. FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee Notes). Gibson's and Dukes's claims are dismissed without prejudice. Local Rule 5.5(c)(2).

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

11 May 2015