IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JAQUALE MITCHELL
ADC #659790                                                             PLAINTIFF

v.                          No. 2:15-cv-11-DPM

JIM AKINS, Chief Deputy, Woodruff
County Sheriff Department, and PHILLIP
REYNOLDS, Sheriff, Woodruff County                          DEFENDANTS

ORDER

Unopposed recommendation, № 32, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Mitchell's claims will be dismissed without prejudice. LOCAL RULE 5.5(c)(2). Motion to compel, № 28, denied as moot. An *in forma pauperis* appeal from this Order and accompanying Judgment will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

4 February 2016