IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JAQUALE MITCHELL, ADC #659790;
SHELLY GIBSON, ADC #119417; and
TORRENCE DUKES, ADC #659084                              PLAINTIFFS

v.                          No. 2:15-cv-11-DPM

JIM AKINS, Chief Deputy, Woodruff
County Sheriff Department, and PHILLIP
REYNOLDS, Sheriff, Woodruff County                       DEFENDANTS

JUDGMENT

The complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

4 February 2016